# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GEORGE KOLODZIEJ | § | Case No. 10-36249 |
| LIDIA KOLODZIEJ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/13/2010. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized gross receipts of      $      9,000.22

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 412.55 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 8,587.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 02/29/2012 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,650.02 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,650.02 , for a total compensation of $ 1,650.02 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/02/2015          By: /s/GREGG SZILAGYI
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-36249 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | GREGG SZILAGYI |
| Case Name: | GEORGE KOLODZIEJ | | | | Date Filed (f) or Converted (c): | 08/13/2010 (f) |
| | LIDIA KOLODZIEJ | | | | 341(a) Meeting Date: | 10/12/2010 |
| For Period Ending: | 07/02/2015 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence/Single Family House 311 Weidner Road Buffalo Grove | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on hand | 100.00 | 100.00 | | 0.00 | 100.00 |
| 3. Cash account at Penson Financial/Track Datat | 500.00 | 500.00 | | 0.00 | FA |
| 4. Checking account at Charter One Bank | 500.00 | 500.00 | | 0.00 | FA |
| 5. IRA with Penson/Track Data Securities Corp. | 275.00 | 275.00 | | 0.00 | FA |
| 6. IRA with American Funds | 401.00 | 401.00 | | 0.00 | FA |
| 7. 2004 Honda Pilot with aprox. 75,000 miles | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 8. 2005 Toyota Prius with aprox. 55,000 | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 9. Household Goods | 750.00 | 750.00 | | 0.00 | FA |
| 10. AVOIDANCE ACTION (u) | Unknown | 0.00 | | 9,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $265,026.00 | $15,026.00 | | $9,000.22 | $100.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS CASE IS READY TO BE CLOSED AND A TFR WILL BE FILED IN 1Q 2015.

Initial Projected Date of Final Report (TFR): 12/31/2012    Current Projected Date of Final Report (TFR): 11/01/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 10-36249 | Trustee Name: GREGG SZILAGYI | |
| Case Name: GEORGE KOLODZIEJ | Bank Name: Associated Bank | |
| LIDIA KOLODZIEJ | Account Number/CD#: XXXXXX5476 | |
| | Checking Acccount | |
| Taxpayer ID No: XX-XXX2866 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/02/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9185 | Transfer of Funds | 9999-000 | $7,967.12 | | $7,967.12 |
| 09/28/12 | 10 | KIPA | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $8,967.12 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $4.97 | $8,962.15 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $5.71 | $8,956.44 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $5.52 | $8,950.92 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $5.70 | $8,945.22 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.30 | $8,931.92 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $11.99 | $8,919.93 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.26 | $8,906.67 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $12.81 | $8,893.86 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.22 | $8,880.64 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $12.78 | $8,867.86 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.18 | $8,854.68 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.16 | $8,841.52 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $12.72 | $8,828.80 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.13 | $8,815.67 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $12.68 | $8,802.99 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                Page Subtotals:                $8,967.12           $164.13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-36249 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | GEORGE KOLODZIEJ | Bank Name: | Associated Bank |
|  | LIDIA KOLODZIEJ | Account Number/CD#: | XXXXXX5476 |
|  |  |  | Checking Acccount |
| Taxpayer ID No: | XX-XXX2866 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/02/2015 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $13.09 | $8,789.90 |
| 02/07/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $13.07 | $8,776.83 |
| 03/07/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $11.79 | $8,765.04 |
| 04/07/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $13.03 | $8,752.01 |
| 05/07/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.59 | $8,739.42 |
| 06/06/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.99 | $8,726.43 |
| 07/08/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.55 | $8,713.88 |
| 08/07/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.96 | $8,700.92 |
| 09/08/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.94 | $8,687.98 |
| 10/07/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.50 | $8,675.48 |
| 11/07/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.90 | $8,662.58 |
| 12/05/14 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $12.46 | $8,650.12 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:                              $0.00            $152.87

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-36249 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | GEORGE KOLODZIEJ | Bank Name: | Associated Bank |
| | LIDIA KOLODZIEJ | Account Number/CD#: | XXXXXX5476 |
| | | | Checking Acccount |
| Taxpayer ID No: | XX-XXX2866 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/02/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.86 | $8,637.26 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.84 | $8,624.42 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.58 | $8,612.84 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.80 | $8,600.04 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.37 | $8,587.67 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $8,967.12 | $379.45 |
| Less: Bank Transfers/CD's | $7,967.12 | $0.00 |
| Subtotal | $1,000.00 | $379.45 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,000.00 | $379.45 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $0.00          $62.45

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 10-36249 | Trustee Name: GREGG SZILAGYI | |
| Case Name: GEORGE KOLODZIEJ | Bank Name: Bank of America | |
|  LIDIA KOLODZIEJ | Account Number/CD#: XXXXXX9185 | |
| | MONEY MARKET ACCOUNT | |
| Taxpayer ID No: XX-XXX2866 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 07/02/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/12 | 10 | Kipa | Intallment payment of settlement | 1241-000 | $1,000.00 | | $1,000.00 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.20 | $999.80 |
| 02/16/12 | 10 | KIPA | INSTALLMENT PAYMENT ON SETTLEMENT | 1241-000 | $1,000.00 | | $1,999.80 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,999.81 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1.52 | $1,998.29 |
| 03/21/12 | 10 | KIPA | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $2,998.29 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,998.31 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $2.66 | $2,995.65 |
| 04/25/12 | 10 | KIPA | INSTALLMENT PAYMENT | 1241-000 | $1,000.00 | | $3,995.65 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,995.68 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.85 | $3,991.83 |
| 05/23/12 | 10 | Kipa | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $4,991.83 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,991.86 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $5.19 | $4,986.67 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,986.71 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $5.93 | $4,980.78 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,980.82 |

UST Form 101-7-TFR (5/1/2011) (Page: 7)              Page Subtotals:        $5,000.17        $19.35

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-36249 | Trustee Name: GREGG SZILAGYI |
| Case Name: GEORGE KOLODZIEJ | Bank Name: Bank of America |
| LIDIA KOLODZIEJ | Account Number/CD#: XXXXXX9185 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX2866 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $6.53 | $4,974.29 |
| 08/08/12 | 10 | KIPA | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $5,974.29 |
| 08/08/12 | 10 | KIPA | SETLEMENT PAYMENT | 1241-000 | $1,000.00 | | $6,974.29 |
| 08/21/12 | 10 | KIPA | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $7,974.29 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.05 | | $7,974.34 |
| 08/30/12 | | Bank of America | | 2600-000 | | $7.22 | $7,967.12 |
| 08/30/12 | | Transfer to Acct# XXXXXX5476 | Transfer of Funds | 9999-000 | | $7,967.12 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,000.22 | $8,000.22 |
| Less: Bank Transfers/CD's | $0.00 | $7,967.12 |
| Subtotal | $8,000.22 | $33.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.22 | $33.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $3,000.05    $7,980.87

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5476 - Checking Acccount | $1,000.00 | $379.45 | $8,587.67 |
| XXXXXX9185 - MONEY MARKET ACCOUNT | $8,000.22 | $33.10 | $0.00 |
| | $9,000.22 | $412.55 | $8,587.67 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,000.22 |
| Total Gross Receipts: | $9,000.22 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-36249-JPC  
Debtor Name: GEORGE KOLODZIEJ  
Claims Bar Date: 2/29/2012  

Date: July 2, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $1,650.02 | $1,650.02 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 2700 | Clerk of the U. S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, Il 60604 | Administrative | | $0.00 | $250.00 | $250.00 |
| 100 3210 | Alex Pirogovsky | Administrative | | $0.00 | $4,680.00 | $4,680.00 |
| 1 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany Oh 43054-3025 | Unsecured | | $0.00 | $8,594.28 | $8,594.28 |
| 2 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany Oh 43054-3025 | Unsecured | | $0.00 | $6,511.70 | $6,511.70 |
| 3 300 7100 | Bmo Harris Bank N. A.<br>3800 West Golf Road, Suite 300<br>Rolling Meadows, Il 60008 | Unsecured | DISALLOWED PER COURT ORDER | $0.00 | $117,231.32 | $117,231.32 |
| 4 300 7100 | Bmo Harris Bank N. A.<br>3800 West Golf Road, Suite 300<br>Rolling Meadows, Il 60008 | Unsecured | DISALLOWED PER COURT ORDER | $0.00 | $48,996.59 | $48,996.59 |
| 5 300 7100 | Us Dept Of Education/Glelsi Behalf<br>Us Department Of Education<br>Great Lakes Educational Loan Services<br>Claims Filing Unit Po Box 8973<br>Madison, Wi 53708-8973 | Unsecured | | $0.00 | $8,060.31 | $8,060.31 |

Page 1                                                              Printed: July 2, 2015

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-36249-JPC  
Debtor Name: GEORGE KOLODZIEJ  
Claims Bar Date: 2/29/2012  
Date: July 2, 2015

| Code | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 / 300 / 7100 | Janina Kipa<br>5911 W. School Street<br>Chicago, Il 60634 | Unsecured | | $0.00 | $9,000.00 | $9,000.00 |
| 7 / 300 / 7100 | N. A Fia Card Services<br>Bank Of America, N.A Usa<br>Mbna America Bank, N.A<br>Po Box 15102<br>Wilmington, De 19886-5102 | Unsecured | | $0.00 | $7,806.38 | $7,806.38 |
| | Case Totals | | | $0.00 | $212,780.60 | $212,780.60 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-36249
Case Name: GEORGE KOLODZIEJ
            LIDIA KOLODZIEJ
Trustee Name: GREGG SZILAGYI

     Balance on hand                                      $        8,587.67

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,650.02 | $ 0.00 | $ 1,650.02 |
| Attorney for Trustee Fees: Alex Pirogovsky | $ 4,680.00 | $ 0.00 | $ 4,680.00 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |

    Total to be paid for chapter 7 administrative expenses        $       6,580.02
    Remaining Balance                                             $       2,007.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

Timely claims of general (unsecured) creditors totaling $ 39,972.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 8,594.28 | $ 0.00 | $ 431.65 |
| 2 | Discover Bank | $ 6,511.70 | $ 0.00 | $ 327.05 |
| 5 | Us Dept Of Education/Glelsi Behalf | $ 8,060.31 | $ 0.00 | $ 404.83 |
| 6 | Janina Kipa | $ 9,000.00 | $ 0.00 | $ 452.03 |
| 7 | N. A Fia Card Services | $ 7,806.38 | $ 0.00 | $ 392.09 |

Total to be paid to timely general unsecured creditors        $           2,007.65

Remaining Balance                                              $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE