# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| GEORGE KOLODZIEJ § | Case No. 10-36249 |
| LIDIA KOLODZIEJ § | |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>219 S. Dearborn Street
>Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/06/2015 in Courtroom 680,
>U.S. Bankrptcy Court
>219 S. Dearborn Street
>Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/07/2015     By: /s/ Gregg Szilagyi
                                                             Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GEORGE KOLODZIEJ | § | Case No. 10-36249 |
| LIDIA KOLODZIEJ | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,000.22 |
| and approved disbursements of | $ | 412.55 |
| leaving a balance on hand of[1] | $ | 8,587.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,650.02 | $ 0.00 | $ 1,650.02 |
| Attorney for Trustee Fees: Alex Pirogovsky | $ 4,680.00 | $ 0.00 | $ 4,680.00 |
| Charges: Clerk of the U. S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,580.02 |
| Remaining Balance | $ 2,007.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,972.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 8,594.28 | $ 0.00 | $ 431.65 |
| 2 | Discover Bank | $ 6,511.70 | $ 0.00 | $ 327.05 |
| 5 | Us Dept Of Education/Glelsi Behalf | $ 8,060.31 | $ 0.00 | $ 404.83 |
| 6 | Janina Kipa | $ 9,000.00 | $ 0.00 | $ 452.03 |
| 7 | N. A Fia Card Services | $ 7,806.38 | $ 0.00 | $ 392.09 |

Total to be paid to timely general unsecured creditors     $     2,007.65

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
                         Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                       Case No. 10-36249-JPC
George Kolodziej                                             Chapter 7
Lidia Kolodziej
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dross                 Page 1 of 2                  Date Rcvd: Jul 08, 2015
                              Form ID: pdf006             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2015.
db/jdb         +George Kolodziej,    Lidia Kolodziej,    311 Weidner Rd.,    Buffalo Grove, IL 60089-1950
15991046        AT & T,   Po Box 100120,   Columbia
18852955       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   FIA CARD SERVICES, N.A,    Bank of America, N.A USA,
                 MBNA America Bank, N.A,   PO Box 15102,    Wilmington, DE 19886-5102)
15991047       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Cap One,    Po Box 85520,   Richmond, VA 23285)
15991048       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15991054       +Freedman Anselmo Lindberg & Rappe,    PO Box 3107,    Naperville, IL 60566-7107
15991055        Golf Diagnostic Center LP,   PO Box 2895,    Carol Stream, IL 60132-2895
15991056       +Harris N A,   Po Box 94034,   Palatine, IL 60094-4034
15991058       +Hsbc/Mnrds,   90 Christiana Rd,    New Castle, DE 19720-3118
15991059       +Illinois Collection Se,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
18457767       +Janina Kipa,   5911 W. School Street,    Chicago, IL 60634-4204
15991060       +MRS Associates, Inc.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
15991061       +Purshotam D. Sawlani, MD,    7447 W. Talcott Ave., Unit 304,    Chicago, IL 60631-3714
15991062        Resurrection Medical Center,    PO Box 220281,   Chicago, IL 60622-0281
15991063       +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
15991064       +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
18342427        US Dept of Education/GLELSI behalf,    US Department of Education,
                 Great Lakes Educational Loan Services,    Claims Filing Unit PO Box 8973,
                 Madison, WI 53708-8973
15991065       +Us Dept Of Ed/Glelsi,    2401 International Ln,    Madison, WI 53704-3121
15991066       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18204827        E-mail/PDF: mrdiscen@discover.com Jul 09 2015 01:24:24     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany OH  43054-3025
15991049       +E-mail/PDF: mrdiscen@discover.com Jul 09 2015 01:24:24      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15991050*       +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
15991057*       +Harris N A,   Po Box 94034,   Palatine, IL 60094-4034
18257414       ##+BMO HARRIS BANK N.A.,    3800 WEST GOLF ROAD, SUITE 300,    ROLLING MEADOWS, IL 60008-4037
15991052       ##+Ehrenberg & Egan, LLC,    330 Wabash Ave., Ste. 2905,    Chicago, IL 60611-7606
15991051       ##+Ehrenberg & Egan, LLC,    330 N. Wabash, Unit 2905,    Chicago, IL 60611-7606
15991053       ##+Fia Csna,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2015                               Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dross              Page 2 of 2            Date Rcvd: Jul 08, 2015
                              Form ID: pdf006          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2015 at the address(es) listed below:
              Alex   Pirogovsky    on behalf of Plaintiff Gregg  Szilagyi alex@alexplaw.com
              Alex   Pirogovsky    on behalf of Trustee Gregg   Szilagyi alex@alexplaw.com
              Alexey Y Kaplan    on behalf of Debtor George   Kolodziej alex@alexkaplanlegal.com
              Alexey Y Kaplan    on behalf of Joint Debtor Lidia   Kolodziej alex@alexkaplanlegal.com
              David P Leibowitz, ESQ    on behalf of Defendant Janina   Kipa dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              George  Pecherek     on behalf of Defendant Janina   Kipa pechereklawfirm@aol.com
              Gregg   Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Gregg   Szilagyi    on behalf of Trustee Gregg   Szilagyi gs@tailserv.com,
               gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor    Wells Fargo Bank, NA bankruptcy@fallaw.com
                                                                                             TOTAL: 10
```