UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
§
GEORGE KOLODZIEJ § Case No. 10-36249
LIDIA KOLODZIEJ §
§
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 252,150.00<br>*(Without deducting any secured claims)* | Assets Exempt: 12,776.00 |
| Total Distributions to Claimants: 2,007.65 | Claims Discharged<br>Without Payment: 435,351.02 |
| Total Expenses of Administration: 6,992.57 | |

3) Total gross receipts of $ 9,000.22  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,000.22  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 334,860.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,992.57 | 6,992.57 | 6,992.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,706.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,820.00 | 39,972.67 | 39,972.67 | 2,007.65 |
| **TOTAL DISBURSEMENTS** | $ 397,386.00 | $ 46,965.24 | $ 46,965.24 | $ 9,000.22 |

4)  This case was originally filed under chapter 7 on 08/13/2010 . The case was pending for 71 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/20/2016            By:/s/GREGG SZILAGYI
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AVOIDANCE ACTION | 1241-000 | 9,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.22 |
| **TOTAL GROSS RECEIPTS** | | **$9,000.22** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N A Po Box 94034 Palatine, IL 60094 | | 48,506.00 | NA | NA | 0.00 |
| | Harris N A Po Box 94034 Palatine, IL 60094 | | 116,050.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 170,304.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 334,860.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2100-000 | NA | 1,650.02 | 1,650.02 | 1,650.02 |
| Gregg Szilagyi | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 379.45 | 379.45 | 379.45 |
| Bank of America | 2600-000 | NA | 33.10 | 33.10 | 33.10 |
| Clerk of the U. S. Bankruptcy Court | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| Alex Pirogovsky | 3210-000 | NA | 4,680.00 | 4,680.00 | 4,680.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,992.57 | $ 6,992.57 | $ 6,992.57 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Ed/Glelsi 2401 International Ln Madison, WI 53704 | | 7,706.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 7,706.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T Po Box 100120 Columbia | | 79.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 21,330.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 3,211.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 6,397.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 8,483.00 | NA | NA | 0.00 |
| | Fia Csna Po Box 17054 Wilmington, DE 19850 | | 7,751.00 | NA | NA | 0.00 |
| | Golf Diagnostic Center LP PO Box 2895 Carol Stream, IL 60132-2895 | | 218.00 | NA | NA | 0.00 |
| | Hsbc/Mnrds 90 Christiana Rd New Castle, DE 19720 | | 332.00 | NA | NA | 0.00 |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 | | 1,374.00 | NA | NA | 0.00 |
| | Purshotam D. Sawlani, MD 7447 W. Talcott Ave., Unit 304 Chicago, IL 60631 | | 316.00 | NA | NA | 0.00 |
| | Resurrection Medical Center PO Box 220281 Chicago, IL 60622-0281 | | 1,475.00 | NA | NA | 0.00 |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 2,757.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | 1,097.00 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | NA | 8,594.28 | 8,594.28 | 431.65 |
| 2 | Discover Bank | 7100-000 | NA | 6,511.70 | 6,511.70 | 327.05 |
| 6 | Janina Kipa | 7100-000 | NA | 9,000.00 | 9,000.00 | 452.03 |
| 7 | N. A Fia Card Services | 7100-000 | NA | 7,806.38 | 7,806.38 | 392.09 |
| 5 | Us Dept Of Education/Glelsi Behalf | 7100-000 | NA | 8,060.31 | 8,060.31 | 404.83 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 54,820.00 | $ 39,972.67 | $ 39,972.67 | $ 2,007.65 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-36249 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GEORGE KOLODZIEJ | | | | Date Filed (f) or Converted (c): | 08/13/2010 (f) |
| | LIDIA KOLODZIEJ | | | | 341(a) Meeting Date: | 10/12/2010 |
| For Period Ending: | 06/20/2016 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence/Single Family House 311 Weidner Road Buffalo Grove | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash on hand | 100.00 | 100.00 | | 0.00 | 100.00 |
| 3. Cash account at Penson Financial/Track Datat | 500.00 | 500.00 | | 0.00 | FA |
| 4. Checking account at Charter One Bank | 500.00 | 500.00 | | 0.00 | FA |
| 5. IRA with Penson/Track Data Securities Corp. | 275.00 | 275.00 | | 0.00 | FA |
| 6. IRA with American Funds | 401.00 | 401.00 | | 0.00 | FA |
| 7. 2004 Honda Pilot with aprox. 75,000 miles | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 8. 2005 Toyota Prius with aprox. 55,000 | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 9. Household Goods | 750.00 | 750.00 | | 0.00 | FA |
| 10. AVOIDANCE ACTION (u) | Unknown | 0.00 | | 9,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $265,026.00 $15,026.00 $9,000.22 $100.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS CASE IS READY TO BE CLOSED AND A TFR WILL BE FILED IN 1Q 2015.

Initial Projected Date of Final Report (TFR): 12/31/2012     Current Projected Date of Final Report (TFR): 08/01/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-36249 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | GEORGE KOLODZIEJ | Bank Name: | Associated Bank |
|  | LIDIA KOLODZIEJ | Account Number/CD#: | XXXXXX5476 |
|  |  |  | Checking Acccount |
| Taxpayer ID No: | XX-XXX2866 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/20/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 |  | Transfer from Acct# XXXXXX9185 | Transfer of Funds | 9999-000 | $7,967.12 |  | $7,967.12 |
| 09/28/12 | 10 | KIPA | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 |  | $8,967.12 |
| 10/16/12 |  | Associated Bank | Technology Fee | 2600-000 |  | $4.97 | $8,962.15 |
| 11/05/12 |  | Associated Bank | Technology Fee | 2600-000 |  | $5.71 | $8,956.44 |
| 12/07/12 |  | Associated Bank | Technology Fee | 2600-000 |  | $5.52 | $8,950.92 |
| 01/08/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $5.70 | $8,945.22 |
| 02/07/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $13.30 | $8,931.92 |
| 03/07/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $11.99 | $8,919.93 |
| 04/05/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $13.26 | $8,906.67 |
| 05/07/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $12.81 | $8,893.86 |
| 06/07/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $13.22 | $8,880.64 |
| 07/08/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $12.78 | $8,867.86 |
| 08/07/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $13.18 | $8,854.68 |
| 09/09/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $13.16 | $8,841.52 |
| 10/07/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $12.72 | $8,828.80 |
| 11/07/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $13.13 | $8,815.67 |
| 12/06/13 |  | Associated Bank | Technology Fee | 2600-000 |  | $12.68 | $8,802.99 |

Page Subtotals: $8,967.12    $164.13

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-36249 | Trustee Name: GREGG SZILAGYI |
| Case Name: GEORGE KOLODZIEJ | Bank Name: Associated Bank |
| LIDIA KOLODZIEJ | Account Number/CD#: XXXXXX5476 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX2866 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.09 | $8,789.90 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.07 | $8,776.83 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.79 | $8,765.04 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.03 | $8,752.01 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.59 | $8,739.42 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.99 | $8,726.43 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.55 | $8,713.88 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.96 | $8,700.92 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.94 | $8,687.98 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.50 | $8,675.48 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.90 | $8,662.58 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. □330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.46 | $8,650.12 |

Page Subtotals: $0.00   $152.87

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-36249 | Trustee Name: GREGG SZILAGYI |
| Case Name: GEORGE KOLODZIEJ | Bank Name: Associated Bank |
| LIDIA KOLODZIEJ | Account Number/CD#: XXXXXX5476 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX2866 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. ☐330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.86 | $8,637.26 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. ☐330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.84 | $8,624.42 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. ☐330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.58 | $8,612.84 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. ☐330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.80 | $8,600.04 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. ☐330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.37 | $8,587.67 |
| 09/10/15 | 1002 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,650.02 | $6,937.65 |
| 09/10/15 | 1003 | Clerk of the U. S. Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, Il 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $250.00 | $6,687.65 |
| 09/10/15 | 1004 | Alex Pirogovsky | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $4,680.00 | $2,007.65 |
| 09/10/15 | 1005 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany Oh 43054-3025 | Final distribution to claim 1 representing a payment of 5.02 % per court order. | 7100-000 | | $431.65 | $1,576.00 |
| 09/10/15 | 1006 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany Oh 43054-3025 | Final distribution to claim 2 representing a payment of 5.02 % per court order. | 7100-000 | | $327.05 | $1,248.95 |
| 09/10/15 | 1007 | Us Dept Of Education/Glelsi Behalf<br>Us Department Of Education<br>Great Lakes Educational Loan Services<br>Claims Filing Unit Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 5 representing a payment of 5.02 % per court order. | 7100-000 | | $404.83 | $844.12 |

Page Subtotals: $0.00  $7,806.00

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-36249 | Trustee Name: GREGG SZILAGYI |
| Case Name: GEORGE KOLODZIEJ | Bank Name: Associated Bank |
| LIDIA KOLODZIEJ | Account Number/CD#: XXXXXX5476 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX2866 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/15 | 1008 | Janina Kipa<br>5911 W. School Street<br>Chicago, Il 60634 | Final distribution to claim 6 representing a payment of 5.02 % per court order. | 7100-000 | | $452.03 | $392.09 |
| 09/10/15 | 1009 | N. A Fia Card Services<br>Bank Of America, N.A Usa<br>Mbna America Bank, N.A<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 7 representing a payment of 5.02 % per court order. | 7100-000 | | $392.09 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $8,967.12 | $8,967.12 |
| Less: Bank Transfers/CD's | $7,967.12 | $0.00 |
| Subtotal | $1,000.00 | $8,967.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,000.00 | $8,967.12 |

Page Subtotals:    $0.00    $844.12

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-36249 | Trustee Name: GREGG SZILAGYI |
| Case Name: GEORGE KOLODZIEJ | Bank Name: Bank of America |
| LIDIA KOLODZIEJ | Account Number/CD#: XXXXXX9185 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX2866 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/12 | 10 | Kipa | Intallment payment of settlement | 1241-000 | $1,000.00 | | $1,000.00 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.20 | $999.80 |
| 02/16/12 | 10 | KIPA | INSTALLMENT PAYMENT ON SETTLEMENT | 1241-000 | $1,000.00 | | $1,999.80 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,999.81 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1.52 | $1,998.29 |
| 03/21/12 | 10 | KIPA | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $2,998.29 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,998.31 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $2.66 | $2,995.65 |
| 04/25/12 | 10 | KIPA | INSTALLMENT PAYMENT | 1241-000 | $1,000.00 | | $3,995.65 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,995.68 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.85 | $3,991.83 |
| 05/23/12 | 10 | Kipa | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $4,991.83 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,991.86 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $5.19 | $4,986.67 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,986.71 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $5.93 | $4,980.78 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,980.82 |

Page Subtotals: $5,000.17    $19.35

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-36249 | Trustee Name: GREGG SZILAGYI |
| Case Name: GEORGE KOLODZIEJ | Bank Name: Bank of America |
| LIDIA KOLODZIEJ | Account Number/CD#: XXXXXX9185 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX2866 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/20/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $6.53 | $4,974.29 |
| 08/08/12 | 10 | KIPA | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $5,974.29 |
| 08/08/12 | 10 | KIPA | SETLEMENT PAYMENT | 1241-000 | $1,000.00 | | $6,974.29 |
| 08/21/12 | 10 | KIPA | SETTLEMENT PAYMENT | 1241-000 | $1,000.00 | | $7,974.29 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.05 | | $7,974.34 |
| 08/30/12 | | Bank of America | | 2600-000 | | $7.22 | $7,967.12 |
| 08/30/12 | | Transfer to Acct# XXXXXX5476 | Transfer of Funds | 9999-000 | | $7,967.12 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.22 | $8,000.22 |
| Less: Bank Transfers/CD's | $0.00 | $7,967.12 |
| Subtotal | $8,000.22 | $33.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.22 | $33.10 |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Page Subtotals: $3,000.05  $7,980.87

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5476 - Checking Acccount | $1,000.00 | $8,967.12 | $0.00 |
| XXXXXX9185 - MONEY MARKET ACCOUNT | $8,000.22 | $33.10 | $0.00 |
|  | $9,000.22 | $9,000.22 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,000.22 |
| Total Gross Receipts: | $9,000.22 |

Page Subtotals: $0.00 $0.00